UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI CORNMESSER,

        Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

Case No. 25-cv-10183-NW

**ORDER TO SHOW CAUSE**

On November 24, 2025, Plaintiff Lori Cornmesser ("Plaintiff") filed a complaint against Portfolio Recovery Associates, LLC.  ECF No. 1. Though Plaintiff initiated this suit nearly five months ago, she has not filed her proof of service upon Defendant, her consent or declination to proceed before a magistrate judge, or her case management conference statement.  *See* ECF No. 11 (ordering Plaintiff to file a case management statement by March 13, 2026).  Indeed, she has not made a single filing since filing the complaint.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b), 16(f).  If Plaintiff opposes the order to show cause, by no later than Tuesday, March 31, 2026, Plaintiff must file an opposition and serve it on the Defendants, and she must provide courtesy copies to the Court.  If Plaintiff fails to timely file an opposition, the Court will dismiss this action without prejudice.  *Id.*

A hearing on the order to show cause is set for Wednesday, April 14, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Plaintiff must appear at the hearing in person; no remote appearances will be permitted.  The

\\

\\

United States District Court
Northern District of California

Court may determine that this matter is suitable for disposition without oral argument and vacate the hearing, and if so, will inform the parties accordingly.

**IT IS SO ORDERED.**

Dated: March 25, 2026

Noël Wise
United States District Judge